IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02283-CMA-STV

T.W.

    Plaintiff(s),

v.

KYLE P. STACK,
LEAH Q. HAGER, AND
GABBY JAMES

    Defendant(s).

## PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT PLEADINGS

Plaintiff, by and through her attorneys, Parker Lipman LLP, respectfully request this Court to Restrict all prior pleadings and allow Plaintiff to refile Plaintiff's Complaints and Defendants' Answer with Plaintiff's initials only.

### Conferral

Counsel for Plaintiff conferred with counsel for Defendants who does not oppose this Motion.

## Factual Background

Plaintiff T.W. was fourteen years old when she was raped and sexually assaulted at the home of the Defendants on July 24, 2016. Today, Plaintiff is nineteen years old. Plaintiff filed her Complaint (later amending it twice; the most recent was Second Amended Complaint, doc 31.) outlining her claims against Defendants alleging a Social Host Liability Claim and a Premises Liability Claim. On October 15, 2020, the counsel for all parties appeared by phone before the Court and the Court held a case management conference. The Court suggested that because Plaintiff was a minor at the time of the assaults that the Plaintiff can proceed with a Motion to Restrict. Plaintiff therefore moves to restrict all prior pleadings and refiles all former pleadings with the proper case caption and information.

## Applicable Law and Analysis

Pursuant to Fed. R. Civ. Proc. 5.2 (a):

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
> […]
> 3) the minor's initials

Here, Plaintiff T.W. was a minor when the transaction and occurrence of events giving rise to this lawsuit occurred and given the heinous sexual nature of the event, the requested relief should be granted. Because she was a minor, F.R.C.P. 5.2 (a) (3), is relevant and should be applied to preserve her privacy.

## **Conclusion**

Given the age of the Plaintiff at the time the assault occurred, Plaintiff requests that all prior filings be restricted.  Plaintiff will file, simultaneously with this Motion, the Second Amended Complaint and the Answer filed by Defense with a case caption of Plaintiff's initials only.

Wherefore, Plaintiff respectfully request this Court grant Plaintiff's Unopposed Motion to Restrict the prior pleadings and allow Plaintiff to refile Plaintiff's Complaints and Defendants' Answer.

Respectfully submitted this 30th day of November, 2020.

          **PARKER LIPMAN LLP**

By:   *s/ Karen M. Hen*
Daniel A. Lipman, #35046
Karen M. Hen, #50885
3200 Cherry Creek S. Drive, Suite 520
Denver, Colorado 80209
Phone: (720) 638-9424
Fax:   (720) 638-9423
E-mail:dan@parkerlipman.com
      karen@parkerlipman.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was served, via ECF/CM, on November 30, 2020, properly addressed to the following:

Kevin G. Ripplinger
Brian D. Kennedy
Patterson Ripplinger, P.C.
5613 DTC Pkwy, Ste. 400
Greenwood Village, CO 80111
Phone: 303-741-4539
kripplinger@prpclegal.com
bkennedy@prpclegal.com
*Attorneys for Defendants*

                        *(A duly signed original is available at the office of PARKER LIPMAN LLP)*

By:   *s/ Julie Cook for Daniel Lipman*
       Julie Cook